IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIKA VIDER, on behalf of herself and all others similarly situated,<br><br>                           Plaintiff,<br><br>            v.<br><br>LMT REAL ESTATE, LLC d/b/a PANACHE WOOD FIRE GRILL; RISTORANTE CASTELLO, INC. d/b/a RISTORANTE CASTELLO; CHASE "HABIB" TROUDI; and DOE DEFENDANTS 1-10.<br><br>                           Defendants. | Civil Action No. 2:19-cv-02066-TJS |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, APPROVAL OF PROPOSED CLASS AND COLLECTIVE NOTICE, AND <u>SCHEDULING OF A FINAL APPROVAL HEARING</u>**

Plaintiff Monika Vider ("Plaintiff"), by her counsel Connolly Wells & Gray, LLP and Carlson Lynch, LLP, individually and on behalf of the other members of the proposed Settlement Class[1], respectfully move the Court for an order: (1) granting preliminary approval of the proposed settlement ("Settlement") of the above-captioned action; (2) certify, for settlement purposes only, Plaintiff's claims pursuant to Fed. R. Civ. P. 23(b)(3) and 29 U.S.C. § 216(b); (3) appoint Plaintiff as the class representative and Plaintiff's counsel as "Class Counsel" pursuant to Fed. R. Civ. P. 23; (4) approve the form and manner of notice to be provided to the Settlement Class; (5) set an objection deadline of forty-five days after dissemination of Class Notice; and (6) set a date for a Final Approval Hearing between seventy-five (75) and ninety (90) days after

---

[1] All capitalized terms used in this motion shall have the meanings ascribed to them in the Settlement Agreement.

entry of the order granting preliminary approval. In support of this motion, Plaintiff submits the accompanying memorandum of law and Declaration of Gerald D. Wells, III, and exhibits thereto.

Dated: September 11, 2020

Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

By: */s/ Gerald D. Wells, III*
    Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
      rgray@cwglaw.com

**CARLSON LYNCH, LLP**
Gary F. Lynch
Edward W. Ciolko
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: glynch@carlsonlynch.com
      eciolko@carlsonlynch.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of September 2020, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Gerald D. Wells III*
Gerald D. Wells III
