IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIKA VIDER, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>LMT REAL ESTATE, LLC d/b/a PANACHE WOOD FIRE GRILL, et al.<br><br>      Defendants. | Civil Action No. 2:19-cv-02066-TJS |

**UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

  Plaintiff Monika Vider, by and through her undersigned counsel, respectfully moves this Court for an Order giving Final Approval of the Class and Collective Action Settlement.

1. Plaintiff incorporates herein by reference, as if fully set forth, the allegations of her Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 37) and approval of Class Action Settlement and Certification of the Class, which Motion was granted by Order dated September 28, 2020. ECF No. 42.

2. Plaintiff incorporates herein by reference, as if fully set forth, the allegations of her Motion for Approval of Attorneys' Fees and Expenses and for Class Representative Service Payment.[1]

---

[1] Plaintiff's Motion for Approval of Attorneys' Fees and Expenses and for Class Representative Service Payment will be filed separately from and concurrently with this Motion.

3. It is respectfully submitted that the facts and circumstances which led the Court to enter its September 28, 2020 Order have not changed, and that the Settlement continues to be fair and reasonable.

4. Notices of settlement were mailed to members of the class on December 18. 2020. The notice was sent in the Notice Packet approved by the Court on September 28, 2020, as amended on November 24, 2020. ECF Nos. 42 and 46, Declaration of Melissa E. Baldwin ("Baldwin Decl") at ¶ 6.

5. As of January 22, 2021, of the 166 class members, 17 submitted claims forms. The deadline to file a timely Claim Form is February 3, 2021. Baldwin Decl. ¶ 13

6. Only two class members have requested to be excluded from the settlement.

7. There have been no objections to the settlement.

8. Plaintiff requests approval of the Proposed Settlement Agreement on the ground that the proposed settlement terms fall within the range of reasonableness and that approval as to these terms secures an adequate recovery for class members in exchange for their rights to litigate their claims.

WHEREFORE, Plaintiff requests that the Court grant Final Approval of the Settlement.

Dated: January 22, 2021

    Respectfully Submitted,

    **CONNOLLY WELLS & GRAY, LLP**
    By: */s/ Edward W. Ciolko*
    Gary F. Lynch
    Edward W. Ciolko
    **CARLSON LYNCH, LLP**
    1133 Penn Ave., 5th Floor

Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: glynch@carlsonlynch.com
   eciolko@carlsonlynch.com

-And-

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
   rgray@cwglaw.com

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of January, 2021, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Edward W. Ciolko*
Edward W. Ciolko
